IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Kimberly Roberts

Civil Case #1:16-cv-01799-RLY-TAB

> In light of Plaintiff's apparent abandonment of this case, the magistrate judge grants the motion to withdraw and recommends that this case be dismissed without prejudice.
>
> Tim A. Baker
> U.S. Magistrate Judge
> August 30, 2018

## Response to Show Cause Order

Pursuant to Magistrate Judge Baker's Marginal Entry of August 3, 2018 [Fling Nos. 8848, 8849], ordering Plaintiff to show cause why her case should not be dismissed, counsel for Plaintiff Kimberly Roberts states the following:

1. The undersigned counsel sent a letter to Plaintiff Roberts on June 15, 2018, explaining that Riley Williams & Piatt, LLC would be withdrawing from her representation on June 22, 2018. [Filing No. 8848 at ¶ 1.] This letter was sent after several phone calls and prior letters had gone unanswered.

2. On June 25, 2018, the attorneys at Riley Williams & Piatt, LLC moved the Court to withdraw their appearances. [*Id.*]

3. On August 3, 2018, the Court ordered Plaintiff Roberts to "show cause, if any, within 14 days why her case should not be dismissed." [*Id.*]

4. Since the Court's August 3, 2018, marginal entry, the undersigned counsel sent a letter to Plaintiff Roberts (August 8, 2018), which has gone unreturned. This letter was also forwarded to Plaintiff Roberts' e-mail address.

5. The undersigned counsel attempted to call Plaintiff Roberts that same day and received a message that the voicemail box was full. The undersigned counsel attempted another phone call that went unanswered.

6. Since the filing of counsel's original motion to withdraw, no contact has been made with Plaintiff Roberts.

7. If the Court is inclined to dismiss her case, counsel requests that the dismissal be **without** prejudice.

**Wherefore,** Joseph N. Williams of Riley Williams & Piatt, LLC, respectfully requests that should the Court determine that Plaintiff Roberts case be dismissed that such dismissal be without prejudice, and for all further just and appropriate relief.

Respectfully submitted

RILEY WILLIAMS & PIATT, LLC


/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
The Hammond Block Building
301 Massachusetts Avenue, Suite 300
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:   (317) 426-8837
Email:       jwilliams@rwp-law.com

# Certificate of Service

      I hereby certify that on August 17, 2018, a copy of the foregoing Response to Show Cause Order was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                              /s/ Joseph N. Williams  
                                              Joseph N. Williams